**William K. TAYLOR, Jr., Appellant,**

v.

**HALLMARK CARDS, INC.; Larry Leighton, Appellees.**

No. 03–1226.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 12, 2003.

Decided Oct. 31, 2003.

Larry Delano Coleman, Raytown, MO, for Plaintiff–Appellant.

Jeffrey D. Hanslick, Blackwell & Sanders, Kansas City, MO, for Defendants–Appellees.

Before SMITH, RICHARD S. ARNOLD, and BEAM, Circuit Judges.

PER CURIAM.

William Taylor appeals the district court's[1] grant of summary judgment in favor of Hallmark Cards and Larry Leighton in this employment discrimination case. We have reviewed the record and affirm based on the well-reasoned opinion of the district court. *See* 8th Cir. R. 47B. Additionally, appellees' motion to strike appellant's appendix is denied.

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.